408

Fred J. PETERS and East West Truck and Repair, a business entity, Plaintiffs–Appellees,

v.

EQUIFAX COMMERCIAL SOLU-TIONS, a corporation, Defen-dant–Appellant.

No. 14–56637.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2014.[*]

Filed March 4, 2015.

Robert F. Brennan, Law Offices of Robert F. Brennan Ap.C. La,·Crescenta, CA, for Plaintiffs–Appellees.

Barry Goheen, King & Spalding, LLP, Atlanta, GA, for Defendant–Appellant.

Before: W. FLETCHER and BYBEE, Circuit Judges and SINGLETON,[**] Senior District Judge.

ORDER [***]

The parties have jointly represented to the Court that defendant-appellant's appeal has been rendered moot. Accordingly, the memorandum disposition previously filed in this case, dated December 4, 2014, is VACATED. The Court's order request-ing supplemental letter briefs from the parties, dated March 2, 2015, is WITH-DRAWN. This appeal is DISMISSED as moot. The parties shall bear their own costs on appeal. The mandate shall issue forthwith.

[***] This disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.